# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| KHALEA EDWARDS, ARKAYLA HOWARD-TENNEY, and NIDHI KRISHNAN, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Cause No.: 4:20-cv-1156-MTS ) ) |
| CITY OF FLORISSANT, MISSOURI, | ) ) ) |
| Defendant. | ) ) |

## ENTRY OF APPEARANCE

COMES NOW John M. Hessel of the law firm of Lewis Rice LLC and hereby enters his appearance as counsel for Defendant City of Florissant, Missouri.

Respectfully submitted,

**LEWIS RICE LLC**

Dated:  September 29, 2020        By:    */s/* John M. Hessel
John M. Hessel, #26408MO
600 Washington Avenue, Ste. 2500
St. Louis, Missouri 63101
Tel: (314) 444-7729
Fax: (314) 612-7729
jhessel@lewisrice.com

*Attorney for Defendant City of Florissant, Missouri*

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing pleading was served by the Court's electronic filing system on this 29th day of September, 2020, on the counsel of record listed below.

Lisa S. Hoppenjans
**FIRST AMENDMENT CLINIC**
**WASHINGTON UNIVERSITY IN ST. LOUIS**
**SCHOOL OF LAW**
Campus Box 1120
One Brookings Drive
St. Louis, Missouri 63130
E-Mail: *lhoppenjans@wustl.edu*
*Attorney for Plaintiffs*

Gillian R. Wilcox, #61278(MO)
**ACLU OF MISSOURI FOUNDATION**
406 West 34th Street, Ste. 420
Kansas City, Missouri 64111
E-Mail: *gwilcox@aclu-mo.org*
*Attorney for Plaintiffs*

Anthony E. Rothert
**ACLU OF MISSOURI FOUNDATION**
906 Olive Street
Suite 1130
St. Louis, Missouri 63101
E-Mail: *arothert@aclu-mo.org*
*Attorney for Plaintiffs*

            By:  */s/*   John M. Hessel